

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00018-CV

| | | |
|---|---|---|
| Patrick Lynch and Dennis Meier | § | From the 342nd District Court of |
| v. | § | Tarrant County (342-264322-13) |
| | § | August 7, 2014 |
| Carlile Bancshares, Inc., and Washington Investment Company | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Patick Lynch and Dennis Meier shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel_____
    Justice Lee Gabriel